IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| DEWAYNE JONES, | ) | NO.: 21-12407-JDW |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW Freedom Mortgage Corporation (hereinafter known as "Creditor"), a secured creditor holding a Deed of Trust against the real property commonly known as 140 Pinewood Drive, Holly Springs, MS 38635 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Amended Chapter 13 plan (Doc. No. 7) (the "Plan").

1.

Debtor's Plan underestimates the prepetition arrearage amount owed to Creditor as $0.00. The actual prepetition arrearage amount owed to Creditor is approximately $11,441.84. This may cause the plan to be unfeasible.

2.

Creditor reserves the right to raise the failure of Debtor to have made plan payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

                                          */s/ Karen A. Maxcy*
                                          Karen A. Maxcy
                                          MS BAR NO. 8869
                                          Attorney for Creditor
                                          McCalla Raymer Leibert Pierce, LLC
                                          1544 Old Alabama Road
                                          Roswell, GA 30076

                                          678-321-6965
                                          Karen.Maxcy@mccalla.com

## **CERTIFICATE OF SERVICE**

      I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLC, do hereby certify that on this date, I served a copy the above OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, through the Court's ECF/CMF system, and/or via U.S. Mail First Class, postage prepaid and properly addressed, to-wit:

Dewayne Jones
140 Pinewood Drive
Holly Springs, MS 38635


| Robert Hudson Lomenick, Jr. | *(served via ECF Notification)* |
|---|---|
| P.O. Box 417 | |
| Holly Springs, MS 38635 | |

| Locke D. Barkley, Trustee | *(served via ECF Notification)* |
|---|---|
| 6360 I-55 North | |
| Suite 140 | |
| Jackson, MS 39211 | |

      CERTIFIED, this the 31st day of January, 2022

                                                 */s/Karen A. Maxcy*
                                                 Karen A. Maxcy