

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| DEWAYNE JONES | 21-12407-JDW |

## FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court on the request of Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), for the dismissal of this case. The Agreed Order Granting Motion to Impose Automatic Stay (Dkt. #17) (the "Agreed Order") contains a strict compliance provision which provides for dismissal should the Debtor become sixty (60) days or more delinquent in Chapter 13 plan payments, calculated from January 1, 2022. The Debtor failed to comply with the terms of the Agreed Order; therefore, this case is subject to dismissal. The request of the Trustee is hereby approved.

IT IS THEREFORE ORDERED that this case shall be and is hereby dismissed.

IT IS FURTHER ORDERED that pursuant to the Agreed Order and as a result of this dismissal, the Debtor shall be prohibited from filing a bankruptcy case in this Court or any other bankruptcy court for a period of one-hundred and eighty (180) days.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com